**In re Arthur O. ARMSTRONG, Petitioner–Appellant.**

**Arthur O. Armstrong, Plaintiff–Appellant,**

v.

**William L. Osteen, Defendant–Appellee.**

**Arthur O. Armstrong, Plaintiff–Appellant,**

v.

**UC Lending Corporation, Defendant–Appellee.**

**Arthur O. Armstrong, Plaintiff–Appellant,**

v.

**John Doe, Defendant–Appellee.**

**Arthur O. Armstrong, Plaintiff–Appellant,**

v.

**Koury Corporation, Defendant–Appellee,**

**and**

**Holiday Inn, Defendant.**

**Nos. 01–1474, 01–1475, 01–1476, 01–1501, 01–1610.**

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 6, 2001.

Decided Sept. 20, 2001.

Arthur O. Armstrong, pro se. Jonathan A. Berkelhammer, Smith, Helms, Mulliss & Moore, L.L.P., Greensboro, NC, for appellee.

Before DIANA GRIBBON MOTZ, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Arthur O. Armstrong has filed notices of appeals in several district court actions. We have reviewed the records, the relevant district court orders and find the appeals frivolous. Accordingly, we deny

leave to proceed in forma pauperis and dismiss the appeals as frivolous. We further deny Armstrong's motions for summary judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*